# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JONATHAN JOHNSON,

      Plaintiff,

 v.                                        Case No.:  2:13-cv-788
                                           JUDGE GEORGE C. SMITH
                                           Magistrate Judge King

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.


## ORDER

This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on June 3, 2014.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  The decision of the Commissioner of Social Security is hereby reversed and this action is remanded for further proceedings pursuant to Section 4 of 42 U.S.C. §405(g).

The Clerk shall remove Document 24 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                    */s/ George C. Smith*
                                                **GEORGE C. SMITH, JUDGE**
                                                **UNITED STATES DISTRICT COURT**